# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ESPINOSA, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 2:25-cv-04650-SB-MBK <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for failure to timely serve under Rule 4(m).

This is a final judgment.

Date: August 27, 2025

Stanley Blumenfeld, Jr.
United States District Judge